Case 2:07-md-01817-RK   Document 119-2   Filed 12/18/09   Page 1 of 20

# *Effectiveness of Paid Media*

## Newspaper Supplements as Paid Media

# PARADE

PARADE magazine, the most widely read magazine in America with a circulation of 33 million, is carried by more than 470 of the nation's finest Sunday newspapers and reaches 72.775 million Americans every week on a National level. As an insert to newsprint, Parade magazine contains articles written for broad, general appeal and issues are normally less than 30 pages. This newspaper supplement is selected for its broad geographic and demographic reach. Coverage is provided to all 50 states, however, this notice plan more specifically targets Class Members by placing ads only in the states where 95% of shingle sales occurred. The green states shown in Figure 3 below is the geographic region targeted with the Parade newspaper supplements.

- ❖ A 2/5's page advertisement will be placed three times in Parade magazine, with an estimated circulation of 6.45 million households and overall readership of ~7.4 million persons regionally.
- ❖ The average issue of Parade magazine is read by 29.25% of all homeowners in the Green State region shown in Figure 3 below.



Figure 3: Geographic area for dissemination of Parade magazine shown in dark Green color. The geographic region covers ~94% of known CertainTeed Organic shingle sales.



## Cable Television as Paid Media

Nearly 85% of the target audience subscribes to cable television with ~64% of those persons watching 15 or more hours of national cable television each week. This makes cable television, as a paid media outlet, the most heavily used and far reaching method of providing notice. In addition, the frequency at which advertisements can be placed using cable television far outweighs any obtainable frequency using print media alone. CAC will place 60 second notice advertisements on thirteen Cable television networks in the green and blue colored states shown in Figure 2 above. The selection of the cable TV networks is based on their overall total reach of the target audience, as well as, the cost to advertise on a particular network. Figure 4, shown below, shows the reach of each cable TV network with respect to the target audience at the National level.



Figure 4: Targeted reached of Cable television networks on a National level. Separate rankings are used for the National and Regional Cable Television reach calculations. The Regional rankings (encompassing US Heavy Sales Region 1 & 2) are similar to those shown above.

**Additional information related to each cable television network on which the notice advertisements will be placed is provided below.**



1551 Southcross Drive West • Burnsville, MN 55306 • Main 866.602.2260 • Fax 952.224.2193



- ❖ 60 second spot advertisements will be placed over a 5 week period on "The Weather Channel".
    - ➢ 125 advertisements placed in US Heavy Sales Region 1.
    - ➢ 10 advertisements placed in the National Region over a 1 week period.
- ❖ The Weather Channel is number one in distribution (99.1 million homes) in comparison to all of the other cable news networks, and has a high reach media brand that contacts 127+ million distinct users in cable, online or mobile during an average month.
- ❖ Targets 43.90% of affected Class Members in the US Heavy Sales Region 1.
- ❖ Targets 40.04% of affected Class Members nationally.



- ❖ 60 second spot advertisements will be placed over a five week period on the "Fox News Channel".
    - ➢ 125 advertisements placed in the US Heavy Sales Region 1.
    - ➢ 10 advertisements placed in the National Region over a one week period.
- ❖ The Fox News Channel is number one among cable news networks and is available to 102 million households nationally.
- ❖ Targets 33.49% of affected Class Members in the US Heavy Sales Region 1.
- ❖ Targets 35.78% of affected Class Members nationally.



- ❖ 60 second spot advertisement will be placed over a five week period on the "Cable News Network" (CNN).
    - ➢ 125 advertisements placed in the US Heavy Sales Region 1.
- ❖ CNN is the #2 in Cable News Networks and is available in over 93 million U.S. households. Broadcast coverage extends to over 890,000 American hotel rooms, and the U.S broadcast is also shown in Canada.
- ❖ Targets 31.39% of affected Class Members in the US Heavy Sales Region 1.





- ❖ 60 second spot advertisements will be placed over a five week period on the "Head Line News" (HLN).
  - ➢ 125 advertisements placed in the U.S. Heavy Sales Region 1.
- ❖ HLN, (formerly known as *(CNN) Headline News* and *CNN2*) is a cable television news channel based in the United States, and a spinoff of the original cable news channel, CNN. Initially airing tightly-formatted 30-minute newscasts around the clock, since 2005 the channel has increasingly aired long-form pop culture news and opinion programming.
- ❖ Targets 19.38% of affected Class Members in the U.S. Heavy Sales Region 1.



- ❖ 60 second spot advertisements will be placed over a five week period on the "MSNBC" cable news network.
  - ➢ 125 advertisements placed in the U.S. Heavy Sales Region 1.
- ❖ MSNBC is a cable news channel based in the United States and available in both the U.S. and Canada. MSNBC is available in over 78 million households in the United States.
- ❖ Targets 20.29% of affected Class Members in the U.S. Heavy Sales Region 1.

TLC

- ❖ 60 second spot advertisements will be placed over a five week period on the "TLC" cable network.
  - ➢ 125 advertisements placed in the U.S. Heavy Sales Region 1.
- ❖ TLC (originally an acronym for The Learning Channel) is an American cable television network which carries a variety of reality-based and some informational programming. The channel is one of the few cable networks also legally available in Canada under its original American interpretation.
- ❖ Targets 18.95% of affected Class Members in the US Heavy Sales Region 1.


**HISTORY**

- ❖ 60 second spot advertisements will be placed over a five week period on the "History Channel".
  - ➢ 125 advertisements placed in the U.S. Heavy Sales Region 1.
- ❖ The History Channel broadcasts programs regarding historical events and persons, as well as various metaphysical, pseudoscientific, and paranormal phenomena, often with observations

and explanations by noted historians, scholars, authors, esotericists, astrologers, and biblical scholars as well as reenactments and interviews with witnesses.

- Targets 31.87% of affected Class Members in the U.S. Heavy Sales Region 1.



- 60 second spot advertisements will be placed over a five week period on the "HGTV Channel".
  - 125 advertisements placed in the U.S. Heavy Sales Region 1.
  - 10 advertisements placed in the National Region over a 1 week period.
  - 10 advertisements placed in Canadian Region over a 1 week period.
- The HGTV Channel broadcasts a variety of home and garden improvement, maintenance, renovation, craft and remodeling shows. It reaches 94 million households in the U.S.
- Targets 22.72% of affected Class Members in the U.S. Heavy Sales Region 1.
- Targets 22.41% of affected Class Members nationally.
- Targets 22.41% of affected Class Members in Canada*.

*This is based upon MRI data of the American consumer. Assumes Canadians have similar media consumption habits as their American counterparts.



- 60 second spot advertisements will be placed over a five week period on the "ESPN2 Channel".
  - 125 advertisements placed in the U.S. Heavy Sales Region 1.
  - 10 advertisements placed in the National Region over a 1 week period.
- ESPN2 traditionally broadcasted sporting events which tended to be considered alternative sporting events such as poker, billiards, lumberjacking, extreme sports and, drum and bugle corps. However, in recent years ESPN2 has broadcast increasingly more mainstream sporting events, including Major League Baseball games, the East-West Shrine Game, much of the 2006 World Baseball Classic, many Major League Soccer and NCAA Basketball games, the WNBA, the Arena Football League, NASCAR Nationwide Series races on Saturday afternoons, and the Grand Slam Tennis tournaments, including, the Australian Open, French Open, Wimbledon, and (beginning in 2009) the U.S. Open.
- Targets 20.68% of affected Class Members in the U.S. Heavy Sales Region 1.
- Targets 19.47% of affected Class Members nationally.





- ❖ 60 second spot advertisements will be placed over a five week period on the "Hallmark Channel".
  - ➢ 125 advertisements placed in the U.S. Heavy Sales Region 1.
- ❖ The Hallmark Channel specializes in re-broadcasting classic syndicated series and television movies that are appropriate for the whole family.
- ❖ Targets 17.22% of affected Class Members in the US Heavy Sales Region 1.



- ❖ 60 second spot advertisements will be placed over a five week period on the "Travel Channel".
  - ➢ 125 advertisements placed in the U.S. Heavy Sales Region 1.
- ❖ The Travel Channel broadcasts feature documentaries and how-to shows related to travel and leisure around the United States and throughout the world. Programming has included shows in African animal safaris, tours of grand hotels, and visits to significant cities and towns, with recent programming putting an emphasis on how the rich travel and on "haunted" destinations. It is available in 89 million homes in the US.
- ❖ Targets 13.08% of affected Class Members in the U.S. Heavy Sales Region 1.



- ❖ 60 second spot advertisements will be placed over a five week period on the "DIY Channel".
  - ➢ 125 advertisements placed in the U.S. Heavy Sales Region 1.
- ❖ The DIY (Do It Yourself) Channel focuses on do it yourself projects at home such as auto repairs, contracting by homeowners, home repairs, jewelry making, motorcycle repairs and upgrades, plumbing repairs, quilting, deconstruction, scrapbooking, video production, knitting, woodworking, gardening, and boating. It reaches 50 million households in the US.
- ❖ Targets 6.11% of affected Class Members in the U.S. Heavy Sales Region 1.





- ❖ 60 second spot advertisements will be placed over a five week period on the "Versus Channel".
    - ➢ 125 advertisements placed in the U.S. Heavy Sales Region 1.
- ❖ The Versus Channel is a sports-oriented cable television network focusing on extreme outdoor sporting events.
- ❖ Targets 3.60% of affected Class Members in the U.S. Heavy Sales Region 1.



- ❖ 60 second spot advertisements will be placed over a one week period on the "Country Music Canada" (CMT) channel.
    - ➢ 15 advertisements placed in the Canadian Region.
- ❖ CMT is a Canadian English language cable television specialty channel which airs country music and entertainment oriented programs in the form of music videos, award shows, concerts, sitcoms and more.
- ❖ Targets 11.84% of affected Class Members in Canada*.

*This is based upon MRI data of the American consumer. Assumes Canadians have similar media consumption habits as their American counterparts.



- ❖ 60 second spot advertisement will be placed over a one week period on the "Food Network" channel.
    - ➢ 10 advertisements placed in the Canadian Region
- ❖ Food Network is a Canadian English language cable television specialty channel with programming related to food, cooking, cuisine and the food industry.
- ❖ Targets 25.11% of affected Class Members in Canada*.

    *Based in MRI data of the American consumer. Assumes Canadians have similar media consumption habits as their American counterparts.



1551 Southcross Drive West • Burnsville, MN 55306 • Main: 866.602.2260 • Fax: 952.224.2193

### Local Television Broadcast as Paid Media

In geographic areas where cable television is not predominately available, CAC will place 60 second televisions advertisements on local television broadcasts. Specifically, the blue states shown in Figure 2 above (ND, SD, IA), represent the geographic areas where the ABC, CBS, and NBC local television affiliates will be used to air the notification advertisements. This area represents >20.5% of CertainTeed's U.S. shingle sales and is identified as the U.S. Heavy Sales Region 2. Local television broadcasts are recommended in this area because the advertisements will be available to 100% of homes with televisions, free of charge and do not required any additional cable services.

There are currently 114,900,000 television households in the U.S. and 116,170,000 total households, according to Nielson estimates. The ABC, CBS, and NBC networks will reach 98-99% of all homes with televisions in the U.S. Heavy Sales Region 2.

**Additional information related to each local television affiliate is provided below.**



- ❖ 60 second spot advertisements will be placed over a five week period on the "American Broadcasting Company" (ABC) channel affiliates.
    - ➢ 520 advertisement placed in the U.S. Heavy Sales Region 2.
- ❖ The American Broadcasting Company (ABC) is an American television network. Created in 1943 from the former NBC Blue radio network, ABC is owned by The Walt Disney Company and is part of Disney-ABC Television Group.
- ❖ Targets 52.03% of affected Class Members in the U.S. Heavy Sales Region 2.

**●CBS**

- ❖ 60 second spot advertisements will be placed over a five week period on the "CBS Broadcasting Inc" (CBS) channel affiliates.
    - ➢ 520 advertisements placed in the U.S. Heavy Sales Region 2.
- ❖ ACNielsen estimated that CBS can be seen in 96.98% of all American households, reaching 103,421,270 homes in the United States. CBS has 204 VHF and UHF affiliated stations in the U.S. and U.S. possessions.
- ❖ Targets 58.40% of affected Class Members in the U.S. Heavy Sales Region 2.





- ❖ 60 second spot advertisements will be placed over a 5 week period on the "National Broadcasting Company" (NBC) channel affiliates.
  - ➢ 520 advertisements placed in the U.S. Heavy Sales Region 2.
- ❖ NBC is available in an estimated 112 million households, 98.6% of those with televisions. NBC has 10 owned-and-operated stations and nearly 200 affiliates in the United States and its territories. NBC broadcasts from the United States can be received throughout most of Canada, primarily through cable television and satellite television providers, but also over the air in areas close to the Canada – United States border. Aside from simultaneous substitution, the programming and broadcasting are the same as in the United States.
- ❖ Targets 62.90% of affected Class Members in the U.S. Heavy Sales Region 2.

## Internet as Paid Media

Approximately 90% of all targeted Class Members have access to the internet with over 75% of those persons having access in their own homes. This makes the internet a great primary or secondary source of information, given the information is readily available to most of the Class Members at any given time. In addition, a large portion of Class Members use internet search engines, such as Google, Yahoo and Bing!, on a daily basis. Therefore, CAC Services Group recommends using search engines as an effective paid media outlet.

Google™

- ❖ Google Inc. is an American public corporation, earning revenue from advertising related to its internet search, e-mail, online mapping, office productivity, social networking, and video sharing services, as well as, selling advertising-free versions of the same technologies. The company is running millions of servers worldwide, which process hundreds of millions of search requests each day and about 1 petabyte of user-generated data every hour. Google's mission is "to organize the world's information and make it universally accessible and useful".
- ❖ Paid advertising would be seen upon completing a topically related web search, such as a search related to shingles, the settlement, and/or the litigation
- ❖ Targets 32.4% of affected Class Members nationally on a daily basis.
- ❖ Targets 32.92% of affected Class Members in the combined U.S. Heavy Sales Regions 1 & 2 on a daily basis.





- ❖ Yahoo.com attracted at least 1.575 billion visitors annually by 2008. The global network of Yahoo! websites receives 3.4 billion page views per day on average as of October 2007. It is the second most visited website in the world in May 2009.
- ❖ Paid advertising would be seen upon completing a topically related web search.
- ❖ Targets 21.2% of affected Class Members nationally on a daily basis.
- ❖ Targets 21.89% of affected Class Members in the combined US Heavy Sales Regions 1 & 2 on a daily basis.



- ❖ Bing (formerly Live Search, Windows Live Search, MSN Search) is the current web search engine (advertised as a "decision engine") from Microsoft.
- ❖ Paid advertising would be seen upon completing a topically related web search.
- ❖ Targets 9.44% of affected Class Members nationally on a daily basis.
- ❖ Targets 8.92% of affected Class Members in the combined US Heavy Sales Regions 1 & 2 on a daily basis.



- ❖ TopClassActions.com is a website dedicated to connecting consumers to class action settlements.
- ❖ TopClassActions to implement the Internet advertising campaign.
- ❖ Predicts an additional 3 million ad impressions over 30-45 days as a result of advertising on the Search Engines*
- ❖ An additional 40,000 page views of the Summary Notice directly on TopClassActions web site.
- ❖ Notification sent to other top consumer activist web sites for possible pick up.

*Estimate based on previous class action internet advertising experience.

1551 Southcross Drive West • Burnsville, MN 55306 • Main: 866.602.2260 • Fax: 952.224.2193

## Trade Journals as Paid Media

Select trade publications will be used to supplement the direct mail notice, as well as, other paid media outlets. They are not included in the reach and frequency calculations because they are not measured by MRI.

### National Trade Journals



- A classified on-line only ad will be placed once in the *National Roofing Contractors Association* ("*NCRA*"), which has estimated circulation of 230,000 user sessions per month.
- NRCA is one of the construction industry's most respected trade associations and the voice and leading authority in the roofing industry for information, education, technology and advocacy.



- A full page display advertisement will be placed once in the *Qualified Remodeler*, which has an estimated circulation of 81,500.



- A full page display advertisement will be placed once in the *Roofing Contractor*, which has an estimated circulation of 27,000.
- *Roofing Contractor* is a monthly magazine which targets ~97% of roofing contractors.



## Canadian Trade Journals



- A Full Page Display advertisement will be placed once in the *BUILDING*, which has an estimated circulation of 30,000 readers.
- *BUILDING* is Canada's number one building magazine. It reaches architects, contractors, property owners and managers.



- A full page display advertisement will be placed once in the *HOME BUILDER*, which has an estimated circulation of 76,000 readers.
- Canada's number one magazine for new home builders and professional renovators.


1551 Southcross Drive West • Burnsville, MN 55306 • Main: 866.602.2260 • Fax: 952.224.2193

# *Readership/Viewership*

Readership includes both primary and pass-along readers of print media. Viewership includes only primary viewers of cable television, local broadcast television and internet advertising. Each of the four tables shown below provides specific information about the media habits of Class Members in the targeted geographic areas (i.e. National, US Heavy Sales Region 1 & 2, Canadian Geographic Areas). The information each table contains is as follows:

- ❖ **Probability:** Percentage of ALL homeowners who identify themselves as readers/viewers of a particular media outlet.
- ❖ **Homeowner Readership/Viewership:** Number of homeowners who identify themselves as readers/viewers of a particular media outlet.
- ❖ **Insertions:** Number of times an advertisement will run or be shown on a particular media outlet.
- ❖ **Gross Ad Impressions (OTS):** The total number of times an advertisement could *potentially* be seen. The potential of an advertisement to be seen by the target audience is also know as the Opportunity-To-See (OTS) an advertisement.

| US HEAVY SALES REGION 1 | Probability | Homeowner Readership/ Viewership | Insertions | Gross Ad Impressions (OTS) |
|---|---|---|---|---|
| Parade Magazine | 29.24% | 6,655,496 | 3 | 19,966,488 |
| Weather Channel | 43.90% | 9,993,227 | 125 | 1,249,153,426 |
| Fox News | 33.49% | 7,623,425 | 125 | 952,928,108 |
| CNN | 31.39% | 7,145,951 | 125 | 893,243,866 |
| History Channel | 31.87% | 7,255,749 | 125 | 906,968,648 |
| HGTV | 22.72% | 5,172,716 | 125 | 646,589,438 |
| MSNBC | 20.29% | 4,617,565 | 125 | 577,195,639 |
| HLN | 19.38% | 4,410,926 | 125 | 551,365,761 |
| ESPN2 | 20.68% | 4,707,061 | 125 | 588,382,629 |
| TLC | 18.95% | 4,314,417 | 125 | 539,302,079 |
| Hallmark Channel | 17.22% | 3,919,810 | 125 | 489,976,303 |
| Travel Channel | 13.08% | 2,977,650 | 125 | 372,206,233 |
| DIY | 6.11% | 1,391,612 | 125 | 173,951,484 |
| Versus | 3.60% | 819,543 | 125 | 102,442,822 |

Table 1: Readership/Viewership of US Heavy Sales Region 1.

| US HEAVY SALES REGION 2 | Probability | Homeowner Readership/ Viewership | Insertions | Gross Ad Impressions (OTS) |
|---|---|---|---|---|
| Parade Magazine | 29.24% | 736,829 | 3 | 2,210,487 |
| ABC | 52.03% | 1,311,216 | 65 | 85,229,014 |
| CBS | 58.40% | 1,471,747 | 65 | 95,663,548 |
| NBC | 62.90% | 1,585,152 | 65 | 103,034,884 |

Table 2: Readership/Viewership of US Heavy Sales Region 2.



1551 Southcross Drive West • Burnsville, MN 55306 • Main: 866.602.2260 • Fax: 952.224.2193

| NATIONAL | Probability | Homeowner Readership/ Viewership | Insertions | Gross Ad Impressions (OTS) |
|---|---|---|---|---|
| Weather Channel | 40.04% | 61,482,680 | 10 | 614,826,800 |
| Fox News | 35.78% | 54,937,870 | 10 | 549,378,700 |
| HGTV | 22.41% | 34,418,610 | 10 | 344,186,100 |
| ESPN2 | 19.47% | 29,901,710 | 10 | 299,017,100 |
| Google | 32.43% | 49,795,020 | 0.031 | 1,542,082 |
| Yahoo | 21.22% | 32,580,450 | 0.123 | 4,000,790 |
| Bing! | 9.44% | 14,496,860 | 0.123 | 1,780,175 |

Table 3: Readership/Viewership of National Region.

| CANADIAN | Probability | Homeowner Readership/ Viewership | Insertions | Gross Ad Impressions (OTS) |
|---|---|---|---|---|
| HGTV | 22.41% | 3,977,775 | 10 | 39,777,750 |
| Food Network | 25.11% | 4,457,025 | 10 | 44,570,250 |
| CMT | 11.84% | 2,101,600 | 15 | 31,524,000 |

Table 4: Readership/Viewership of Canadian Region.

Note:  The U.S. and Canadian Trade Journals are not included in any reach estimate as they are not included in the MRI database.

1551 Southcross Drive West • Burnsville, MN 55306 • Main: 866.602.2260 • Fax: 952.224.2193

# *Media Delivery*

The paid media notice program is designed to deliver the following estimated reach and frequency measurements as shown in the tables below. Each table provides information about one of the four geographic areas targeted by the paid media notice plan. In consideration of the overall reach and frequency, given the target audience, a brief summary of the consolidated (overall) reach and frequency is provided first.

**Overall Reach and Frequency:**

- An estimated 96.38% of the target audience (homeowners located in the U.S. and Canada) will be reached with an average estimated frequency of 52 times, delivering a possible 10,280,414,605 gross ad impressions (OTS).

- Moreover, in the combined U.S. Heavy Sales Regions, where ~94% of ALL CertainTeed shingles were sold, an estimated 97.17% of the target audience (Homeowners) will be reached with an average estimated frequency of 321 times, delivering a possible 8,349,810,859 gross ad impressions (OTS).

- With regard to the Canadian geographic area, reach and frequency calculations, shown in Table 9 below, are based on the assumption that Canadians consume similar media as their American counterparts. This assumption has been made because Canadian media consumption is not measured by MRI. Additionally, the methods and practices used throughout this proposal in the U.S. regions will be applied in the Canadian TV advertising campaign.

| US HEAVY SALES REGION 1 | |
|---|---|
| Total Homeowners: | 22,763,239 |
| Total TV Homes: | 16,060,000 |
| Cable Network Viewers: | 64,349,652 |
| Newsprint Viewers: | 6,655,496 |
| | |
| Total Gross Ad Impressions: | 8,063,672,926 |
| Total Reach: | 97.43% |
| Average Total Frequency: | 345 |

Table 5: Media delivery in the US Heavy Sales Region 1.

| US HEAVY SALES REGION 2 | |
|---|---|
| Total Homeowners: | 2,520,115 |
| Total TV Homes: | 1,778,000 |
| Local TV Broadcast Viewers: | 4,368,115 |
| Newsprint Viewers: | 736,829 |
| | |
| Total Gross Ad Impressions: | 286,137,933 |
| Total Reach: | 94.76% |
| Average Total Frequency: | 108 |

Table 6: Media delivery in the US Heavy Sales Region 2.



1551 Southcross Drive West • Burnsville, MN 55306 • Main 866.602.2260 • Fax 952.224.2193

| NATIONAL | |
|---|---|
| Total Homeowners: | 153,564,240 |
| Cable Network Viewers: | 180,740,870 |
| Daily Internet Viewers: | 96,872,330 |
| | |
| Total Gross Ad Impressions: | 1,814,731,747 |
| Total Reach: | 88.40% |
| Average Total Frequency: | 10.45 |

Table 7: Media delivery in the National Region.

| COMBINED US HEAVY SALES REGIONS 1 & 2 | |
|---|---|
| Total Homeowners: | 25,283,354 |
| Total TV Homes: | 17,838,000 |
| Avg # Homeowners Per TV Home: | 1.42 |
| | |
| Total Gross Ad Impressions: | 8,349,810,859 |
| Total Reach: | 97.17% |
| Average Total Frequency: | 321 |

Table 8: Media delivery in the COMBINED US Heavy Sales Regions where ~94% of ALL shingles were sold.

| CANADIAN SALES REGION | |
|---|---|
| Total Homeowners: | 17,750,000 |
| Total TV Homes: | 12,500,000 |
| Avg # Homeowners Per TV Home: | 1.42 |
| | |
| Total Gross Ad Impressions: | 115,872,000 |
| Total Reach: | 48.77% |
| Average Total Frequency: | 3.18 |

Table 9: Media delivery in the Canadian Region.



1551 Southcross Drive West • Burnsville, MN 55306 • Main: 866.602.2260 • Fax: 952.224.2193

# *Notice Design*

### Print Ad Design

Use of plain language publication notices adhering to Rule 23(c)(2) requirements:
- ➤ Tailored to the target audience.
- ➤ Utilizing bold headlines – allowing Class Members to quickly determine if Notice applies to them.
- ➤ Text that provides information about the subject matter of the class action lawsuit, the settlement and the class members legal rights.
- ➤ Toll-free number, website and other contact information is displayed in boldfaced type so that a long form notice can be requested.
- ❖ 2/5 Page size advertisement in newspaper supplements.
- ❖ Full Page size advertisement in trade journal publications.

### Television Ad Design

Use of plain language Publication Notices adhering to Rule 23(c)(2) requirements:
- ➤ Tailored to the Target Audience.
- ➤ Utilizing bold headlines and voice-over – allowing Class Members to quickly determine if Notice applies to them.
- ➤ Text and voice-over provides information about the about the subject matter of the class action lawsuit, the settlement and the class members legal rights.
- ➤ Toll-free number, website and other contact information is boldly displayed so that a long form notice can be requested.
- ❖ 60 second spot ads will be used for all geographic regions.

### Internet Ad Design

Consistent in design with standard paid internet banner ads.
- ➤ Use of bold, clear headlines.
- ➤ Tailored to the target audience.
- ➤ Click directly through to the settlement case website.



1551 Southcross Drive West • Burnsville, MN 55306 • Main: 866.602.2260 • Fax: 952.224.2193

# *Earned Media*

The reason for using earned media is primarily to amplify the paid media notice through the use of additional (nearly) free media. Additional endorsement of the notice campaign by reliable, independent third party sources such as the news media can create another useful avenue to reach the Class Members.

- ❖ A North American disclosure, via the PR Newswire, is recommended providing access to thousands of comprehensive U.S. and Canadian media outlets. Examples of these outlets would be major daily newspapers, major television and radio outlets, national newspaper bureaus, and other wire services.

    - ➤ The press release will highlight the toll-free number and website that Class Members can call or visit for more information.

# *Website Information*

An informational website is a key component of the notice campaign. As it is an instant source of information accessible to all Class Members, it must also be interactive providing the ability to service Class Members requests for Notice packages via direct mail and provide otherwise useful information. The goal is to create a website that is clean, consistent in its navigation cues and flexible such that Class Members find it easy to locate necessary information about the settlement. An effective and efficient website will ultimately reduce settlement administration costs as it relieves the necessity for more expensive direct customer contact via the telephone call center or by other means.

## Design Details

The website is designed to be clear, easy to understand and easy to navigate. The pages contain words, icons, documents and images.

A directory located in a row across the top of the Home page provides links to all other pages and information located on the website. The links include Home Page, Case/Court Documents, Case Status, Frequently Asked Questions (FAQ's) and their answers, information about important deadlines, etc. An e-mail address and a toll-free number can be provided such that a potential Class Member can obtain additional information as well.

## Navigation Cues

As a user moves from page to page on the website, links to the homepage and other subsections remain on top area across the screen. The case title is consistent across the top pages of all screens.

## Flexibility

Although, simple in design, the basic structure of the website allows for new features, updates and/or documents to be added quickly.



# *Telephone Support*

A toll-free interactive voice response system (IVR) will be established to service Class Members calling as a result of the published notice. The Class Members will hear details regarding the settlement and will be directed to the website to make a claim. For those that request a notice package be mailed to them, they have the option to leave a message with the address to which the notice package will be mailed and their phone number.

Addresses will be checked and if determined to be bad, Class Members will receive call backs to update those addresses.

In addition to the IVR system and once the Class Members have initiated a claim, the callers will have the option to speak personally with a customer service representative (CSR) to answer any question they may have. CSR's will be trained and provided with a list of frequently asked questions at the onset of the program to ensure the accuracy of the disseminated information.

